## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **CNA INSURANCE COMPANY, LIMITED** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO:** |
| **v.** | ) | _____ |
| | ) | |
| **KUEHNE & NAGEL, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### COMPLAINT

---

COMES NOW CNA INSURANCE COMPANY, LIMITED ("CNA" or "PLAINTIFF") and submits this <u>Complaint</u>, respectfully showing the Court as follows:

### PARTIES

1.

CNA Insurance Company, Limited is an English company that is registered in England with its principal place of doing business at 20 Fenchurch Street, London, EC3M 3 BY. At all times relevant hereto, CNA provided first party cargo insurance on behalf of its assured, Milliken and Company and/or their Subsidiary and/or

Associated and/or Affiliated Companies ("Milliken").  Having been subrogated to the rights of its assured, CNA has standing to assert the claims related to this proceeding and is a proper party Plaintiff.

2.

Defendant Kuehne & Nagel, Inc. is a New York corporation with its principal place of doing business at 10 Exchange Place, 19th Floor, Jersey City, New Jersey 07302.  Kuehne & Nagel, Inc. may be served with service of process in this action by serving its registered agent for service of process, CT Corp. System, 289 South Culver Street, Lawrenceville, Georgia 30046-4805.

3.

Milliken makes chemicals for use in indirect food contact applications.  At all times relevant hereto, on or about January 3, 2019, Milliken entered into a contract with Defendant Kuehne & Nagel to transport twenty (20) pallets of Millad NX 8000K from its facility in South Carolina to ultimate destination in South Korea.

4.

In order to facilitate the shipment, Defendant Kuehne & Nagel issued two Air Waybills of Lading dated January 3, 2019 bearing numbers ATL21440359 and ATL214403361.  Copies of those Bills of Lading are attached hereto as Exhibit "A".

5.

Milliken tendered its goods to Defendant Kuehne & Nagel in good order and condition on or about January 3, 2019.

6.

The palletized goods were picked up by Defendant Kuehne & Nagel and trucked to the Atlanta Airport for ultimate flight to South Korea.  While the goods were awaiting shipment at the Atlanta airport, they were subjected to significant rain on January 3 and 4, 2019.  The goods that were exposed to this raining event received significant damage and ultimately required the goods to be declared a constructive total loss by Milliken.

7.

In order to compensate its assured for the loss, Plaintiff CNA Insurance Company, Limited paid Milliken and Company and/or their Subsidiary and/or Associated and/or Affiliated Companies a total of $232,577.62.  This figure represents the invoice value of the goods that were destroyed as a consequence of Defendant Kuehne & Nagel's failure to transport them safely to the ultimate destination as agreed to.

8.

Having paid its assured, Plaintiff CNA Insurance Company, Limited is subrogated to the rights of Milliken and Company and/or their Subsidiary and/or Associated and/or Affiliated Companies.

9.

The pallets were flown from Atlanta through Cincinnati and Narita airport for ultimate destination at the consignee's designated warehouse in South Korea.

10.

Immediately upon arrival, Plaintiff's assured discovered significant water damage that had occurred while the goods were in transport.

11.

Plaintiff and its assured put Defendant Kuehne & Nagel on notice of the claim in compliance with their obligations under the Convention for the Unification of Certain Rules for International Carriage By Air ("Montreal Convention").

12.

Plaintiff appointed a surveyor who confirmed that the damage to Plaintiff's goods was extensive, rendering them a constructive total loss.

13.

The total amount of the invoice value of Plaintiff's goods that were destroyed due to the exposure to rain in the Atlanta airport was $232,577.62.

## JURISDICTION AND VENUE

14.

Plaintiff  CNA Insurance Company, Limited submits to the jurisdiction and venue of this Court.

15.

Defendant Kuehne & Nagel, Inc. is subject to the jurisdiction and venue of this Court.  Kuehne & Nagel, Inc. has an office located within this judicial district. Kuehne & Nagel, Inc. transacts business within this judicial district, maintains a registered agent for service of process in this judicial district, and is subject to the jurisdiction and venue of this court.

16.

This case arises under the Montreal Convention.  The Montreal Convention is an International Agreement entered into by the United States.   Subject matter jurisdiction is appropriate under 28 U.S.C. § 1331.

17.

Additionally, the parties to this litigation are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, subject matter jurisdiction is further appropriate under 28 U.S.C. § 1332.

18.

Venue is proper in this court under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.   Venue and jurisdiction are further proper inasmuch as this defendant maintains an office and registered agent located within this judicial district.

**COUNT I:  Strict Liability for Damage during Carriage by Air Under Montreal Convention Against Defendant**

19.

Plaintiff reincorporates and realleges all preceding paragraphs as if restated verbatim herein.

20.

Defendant Kuehne & Nagel entered into a contract to provide air carriage of Plaintiff's goods from South Carolina to South Korea.

21.

The cargo was in good order and condition when it left Plaintiff's facility in South Carolina, but Defendant allowed the cargo to suffer rain and water intrusion during transit.

22.

Defendant is strictly liable for the damage to Plaintiff's cargo being transported pursuant to the contract of carriage under the Montreal Convention.

## COUNT II:  Breach of Contract

23.

Plaintiff reincorporates and realleges all preceding paragraphs as if stated verbatim herein.

24.

Plaintiff's assured Milliken and Company and/or their Subsidiary and/or Associated and/or Affiliated Companies and Defendant entered into a contract whereby Defendant agreed to safely transport Plaintiff's goods from its facility in South Carolina to the ultimate destination located in South Korea.  Plaintiff performed all conditions precedent necessary in connection with the contract of carriage.

25.

Defendant breached this contract of carriage when it failed to safely transport Plaintiff's goods from a point of origin to the point of destination.

26.

As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in an amount not less than $232,577.62.

27.

Accordingly, Defendant is liable to Plaintiff for breach of its contract of carriage in an amount not less than $232,577.62.

## **COUNT III:  Bailment**

28.

Plaintiff reincorporates and realleges all preceding paragraphs as if restated verbatim herein.

29.

Plaintiff tendered its goods to Defendant for a contract of carriage whereby Defendant agreed to safely transport Plaintiff's goods from South Carolina to South Korea.

30.

Defendant was under a duty to safely guard and look out for Plaintiff's goods during the transit of carriage.

31.

Defendant had a duty as a Bailee to safely monitor and transport Plaintiff's goods.

32.

Defendant breached its duty of bailment when it allowed rainwater to accumulate and intrude upon Plaintiff's goods, thereby causing significant damage.

33.

As a direct and proximate result of the breach of this bailment duty, Plaintiff suffered damages in an amount not less than $232,577.62.

WHEREFORE, Plaintiff prays for the following relief:

a) Compensatory damages for the damage to the Cargo, freight invoices, and additional fees;

b) All other relief that the Court deems just and proper.

RESPECTFULLY SUBMITTED, this 31ST day of December, 2020.

**BOUHAN FALLIGANT LLP**


/s/ Todd M. Baiad         .
TODD M. BAIAD
Georgia Bar No. 031605
*Attorney for Plaintiff*
*CNA Insurance Company, Limited*


**Physical Address:**
One West Park
Savannah, Georgia 31401
**Mailing Address:**
Post Office Box 2139
Savannah, Georgia 31402
T: 912 232 7000
F: 912 233 0811
Email: tmbaiad@bouhan.com

403 ATL 7231 4852                                                                          ATL21440359

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable |
|---|---|---|
| MILLIKEN & COMPANY<br>12445 HIGHWAY 56 NORTH<br>CLINTON SC 29325 UNITED STATES | | **Air Waybill** KUEHNE + NAGEL, INC.<br>4100 N. COMMERCE DRIVE<br>Issued by    EAST POINT, GA 30344 |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

| Consignee's Name and Address | Consignee's Account Number | |
|---|---|---|
| BDP LOGISTICS KOREA<br>13TH FLOOR,ILJIN BUILDING<br>45,MAPO-DAERO,MAPO-GU<br>SEOUL,01467,KOREA | | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF THE CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

| Issuing Carrier's Agent Name and City | Accounting Information KN Extend |
|---|---|
| KUEHNE + NAGEL, INC.<br>4100 N. COMMERCE DRIVE<br>EAST POINT, GA 30344 | AES: X20190103507673 |

| Agent's IATA Code | Account No. |
|---|---|
| 33-7-2723/0773 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| ATLANTA | SHPRS REF :4502165484 | |

| To | By first Carrier | Routing and destination | to | by | to | by | Currency | CHGS Code | WT/VAL | | OTHER | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PPD | COL | PPD | COL | | |
| CVG | PO | | ICN | PO | | | USD | | P | | P | | NVD | NCV |

| Airport of Destination | Requested Flight/Date | | Amount of Insurance | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked Amount of Insurance. |
|---|---|---|---|---|
| INCHEON INTERNATIONA | P0555T/03 | P0213/06 | XXX | |

Handling Information

UNSCREENED       THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. ULTIMATE DESTINATION KOREA       DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED       SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class | Commodity Item No. | Chargeable Weight | Rate | / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 5420.0 | K N | | | 5420.0 | | .80 | 4336.00 | MILLAD NX8000K<br>REF# 8883868276 |
| | | | | | | | | | SLAC   10 |
| | DIM: 121x101x157 10 | | | | | | | | MTQ 19.187 |
| 10 | 5420.0 | | | | | | | 4336.00 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 4336.00 | | | SUA    15.00    SUC    350.00 |

| Valuation Charge | |
|---|---|

| Tax | 6321-2500-901.011 |
|---|---|

| Total Other Charges Due Agent | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
|---|---|
| 15.00 | |

| Total Other Charges Due Carrier | |
|---|---|
| 350.00 | KUEHNE + NAGEL, INC.<br>Brian Williams |

|  | | Signature of Shipper or his Agent |
|---|---|---|

| Total Prepaid | Total Collect | |
|---|---|---|
| 4701.00 | | |

| Currency Conversion Rates | CC Charges in Dest. Currency | 03/Jan/2019  ATLANTA | KUEHNE + NAGEL, INC. |
|---|---|---|---|
| | | Executed on (date)          at (place) | Signature of Issuing Carrier or his Agent |

| For Carrier's Use only at destination | Charges at Destination | Total Collect Charges | ATL21440359 |
|---|---|---|---|

Notice to the consignor: If the carriage involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable which governs, and in most cases, limits the liability of carriers in respect of loss of or damage to cargo. Goods herein accepted for carriage are subject to our General Conditions of Contract. A copy may be retrieved from either the following web site: https://www.kn-portal.com/airfreight/airfreight/security_general_conditions/ or your nearest Kuehne + Nagel location.

CELATLEF 0000348226 2019-01-03-09.47.07 194000CFUSHAWB.00010 4.00024

COPY

**EXHIBIT**

A

ATL21440361

| 403 | ATL | 7231 4852 | | |
|---|---|---|---|---|

**Shipper's Name and Address**
MILLIKEN & COMPANY
12445 HIGHWAY 56 NORTH
CLINTON SC 29325 UNITED STATES

Shipper's Account Number

Not Negotiable
**Air Waybill**  KUEHNE + NAGEL, INC.
4100 N. COMMERCE DRIVE
Issued by   EAST POINT, GA 30344

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

**Consignee's Name and Address**
BDP LOGISTICS KOREA
13TH FLOOR,ILJIN BUILDING
45,MAPO-DAERO,MAPO-GU
SEOUL,01467,KOREA

**Issuing Carrier's Agent Name and City**
KUEHNE + NAGEL, INC.
4100 N. COMMERCE DRIVE
EAST POINT, GA 30344

**Agent's IATA Code** 33-7-2723/0773

**Accounting Information** KN Extend
AES: X20190103507866

**Airport of Departure** ATLANTA

SHPRS REF :4502165483

| To | By first Carrier | Routing and destination | to | by | to | by | Currency | | WT/VAL | | OTHER | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CVG | PO | | ICN | PO | | | USD | | PP | X | | NVD | NCV |

**Airport of Destination** INCHEON INTERNATIONA  POSSST/03  PO213/06

Amount of Insurance XXX

**Handling Information**
UNSCREENED ... KOREA ... SCI

| No. of Pieces RCP | Gross Weight | | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods |
|---|---|---|---|---|---|---|---|
| 10 | 5420.0 | K N | | 5420.0 | .80 | 4336 00 | MILLAD NX8000K REF# 8883868268 |
| | | | | | | | SLAC  10 |
| | DIM: 121x101x157 10 | | | | | | MTQ 19.187 |
| 10 | 5420.0 | | | | | 4336.00 | |

**Prepaid** 4336.00  **Weight Charge**  **Collect**

**Other Charges** SUA  15.00  SUC  350.00

**Valuation Charge**

**Total Other Charges Due Agent** 15.00

6321-2500-901.012

Shipper certifies that the particulars on the face hereof are correct...

**Total Other Charges Due Carrier** 350.00

KUEHNE + NAGEL, INC.
Brian Williams

**Total Prepaid** 4701.00  **Total Collect**

03/Jan/2019  ATLANTA    KUEHNE + NAGEL, INC.

ATL21440361

COPY